UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODNEY BRUCE DALE, | ) |
| Plaintiff | ) ) ) |
| vs. | ) Case No.  2:13-cv-00031-SLB ) |
| TIMOTHY McCORD, et al., | ) ) |
| Defendants | ) |

## MEMORANDUM OPINION

On September 11, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the motion for summary judgment filed by defendants be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this 29th day of September, 2014.

_____
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE